**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE JUAREZ,<br><br>             Petitioner,<br><br>   vs.<br><br>MARY LATTIMORE, WARDEN,<br><br>             Respondent. | CASE NO. ED CV 09-00874 SVW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 5, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE