O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE JUAREZ, ) | CASE NO. ED CV 09-00874 SVW (RZ) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| MARY LATTIMORE, WARDEN, ) | |
| ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of VALERIE JUAREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 5, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE